John ROSSI and Charliss Rossi v. Gertrude ABBOTT, No. 268-79

December 4, 1979. Printed case and appellant's brief to be filed on or before January 4, 1980, or case dismissed.

HOUSING RESEARCH & BUILDING COMPANY v. HICKOK & BOARDMAN REALTY, INC., Roger E. Curtis and Carl F. Cobb, No. 271-79

December 4, 1979. Transcript to be ordered on or before January 4, 1980, or cause dismissed.

Malcolm M. MAYO v. STATE of Vermont, No. 272-79

December 4, 1979. Printed case to be filed on or before December 10, 1979, or cause dismissed.

STATE of Vermont v. Henry C. HASTINGS, No. 313-79

December 4, 1979. Transcript to be ordered on or before January 4, 1980, or cause dismissed.

Paul MEACHAM and Annette Meacham v. KAWASAKI MOTORS CORP., INC., Ari Hirotake Shoten Co. and Accessories Distributing Inc., No. 316-79

December 4, 1979. Partial transcript, pursuant to the stipulation of the parties, to be ordered on or before January 4, 1980, or cause dismissed.

STATE of Vermont v. William F. DAVIS, No. 336-79

December 4, 1979. Appellant's brief to be filed on or before December 14, 1979, or cause dismissed.

MONTGOMERY WARD & COMPANY, INC. v. Roger E. DAVIS, No. 356-79

December 4, 1979. Transcript to be ordered on or before January 4, 1980, or cause dismissed.

STATE of Vermont v. Richard W. WHEELER, No. 384-79

December 4, 1979. Transcript to be ordered on or before January 4, 1980, or cause dismissed.

DENTAL HEALTH ASSOCIATES v. Judith ORLOFF, No. 390-79

December 4, 1979. Transcript to be ordered on or before January 4, 1980, or cause dismissed.